UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MARSHALL FREELAND IRWIN, JR. ) | |
| ) | CASE NO. R10-42005-PWB |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: BILLIE ANN ROBINSON
Check Number: 2559599
Check Date: 10/30/2015
Check Amount: $3,424.50

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, January 22, 2016, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

SALTER & SALTER PC
P O BOX 609
ROME, GA  30162-6063

/S/
_____
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110